against the employer. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STEPHEN MINARICK, Respondent, against ROCKLAND FINISHING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of KATE MONDSCHEIN, Respondent, against HOFFMAN BAKING COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STATE TREASURER and COMMISSIONER · OF TAXATION AND FINANCE, on Account of the Death of JOHN HENLE, Respondent, against ASTORIA IMPORTING & MANUFACTURING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed. with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STELLA RYDZYNSKI, Respondent, against KENSINGTON DAVIS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed. with costs to the State Industrial Board. Present — Van Kirk, P. J., · Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GRACE MEADE. Respondent, against JOSEPH L. BEACH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LEWIS F. MOREY, Respondent, against THE ALLENDALE SCHOOL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of A. FRED CARLSON, Respondent, against PROUDFIT CLOTHING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.